# Exhibit 14

to

Declaration of Nina Fields Britt

in Support of Plaintiffs' Motion for Class Certification

## Excerpt of "Allstate Claim Manual, Introduction"

(ALLSTATE013561, ALLSTATE013564, and ALLSTATE013567)

# INTRODUCTION

# I. Overview

**General Information**

This manual provides information on how to handle property insurance claims. This guide is applicable to all property claims, except where contrary instructions exist in the following documents:

- Claim Operations manual
- Claim bulletins
- Memoranda addressing specific property claim handling issues

This manual supersedes all previous property claim handling manuals including the Claim Policies, Practices, and Procedures (C-PPP) manual, Claim Core Process Redesign (CCPR) implementation and training manuals, subsequent Claim Core Process Redesign (CCPR) manuals and Next Gen manuals. All of our processes must comply with applicable laws, regulations, and court decisions. To the extent that these procedures, processes, forms, scripts, or other materials conflict with state laws, state law takes precedence.

Primary users of this manual are Allstate and Encompass property claim adjusters, processors, leaders, managers, and other authorized personnel.

**Policy Statement**

The conduct of Allstate and Encompass claim personnel is constantly scrutinized by all of the people with whom we are in daily contact – our policyholders, claimants, state insurance departments, and other persons connected with the insurance industry. It is, therefore, important we make clear the basic principles which must be adhered to by claim employees at all times.

The insuring public has the right to rely on Allstate employees to be honest in every activity of the company. To fulfill that responsibility, Claim employees are expected to conduct all dealings with integrity. If all claim employees maintain high standards of integrity, the insuring public will respond with the confidence and respect essential to Allstate's future reputation and growth.

These basic principles of individual conduct also require claim personnel to comply with all pertinent laws and regulations governing the state or jurisdiction involved.

## C. Guiding Principles

**General Information**

The following guiding principles relate to property and casualty insurance claims. These principles do not change any principles found in the preceding paragraphs.

- Conduct claim investigation in a diligent search for facts as promptly as possible
- Contact claimants promptly regarding an accident reported by an insured
- Promptly contact the insured regarding any accident initially reported by a claimant and continue processing the claim
- Determine the amount of property losses promptly and fairly
- When a response is requested, respond promptly to all communications from insured parties, claimants, attorneys, and other interested persons
- Give a prompt, courteous, and forthright explanation to each claimant as to the Company's position with respect to his/her claim
- Conclude each claim on the basis of its own merits in the light of facts, the law, and the coverage afforded
- Pay meritorious property damage claims promptly without requiring simultaneous settlement of other associated or related claims
- Investigate coverage questions expeditiously; inform the insured and claimant of the Company's coverage position as promptly as possible
- In the case of claims involving more than one company, facilitate the prompt and fair disposition of the claim, seeking later to resolve controversy between insurance companies
- When a suit is filed, cooperate in every proper way to secure prompt disposition of the litigation
- At the management level, review and respond to all complaints concerning claim handling, as appropriate