# Exhibit B

Appraisal Institute®

*Professionals Providing Real Estate Solutions*

# The Appraisal of Real Estate

14th Edition







# The Appraisal of Real Estate

Readers of this text may be interested in the following publications from the Appraisal Institute:

- *Appraising the Appraisal: The Art of Appraisal Review*
- *The Dictionary of Real Estate Appraisal*
- *An Introduction to Statistics for Appraisers*
- *Market Analysis for Real Estate: Concepts and Applications in Valuation and Highest and Best Use*
- *Scope of Work*
- *The Student Handbook to The Appraisal of Real Estate*

Appraisal Institute®
*Professionals Providing Real Estate Solutions*

# The Appraisal of Real Estate

14th Edition

Appraisal Institute • 200 W. Madison • Suite 1500 • Chicago, IL 60606 • www.appraisalinstitute.org

The Appraisal Institute advances global standards, methodologies, and practices through the professional development of property economics worldwide.

*Chief Executive Officer:* Frederick H. Grubbe
*Director of Communications:* Ken Chitester
*Senior Manager, Publications:* Stephanie Shea-Joyce
*Senior Book Editor/Technical Writer:* Michael McKinley
*Technical Book Editor:* Emily Ruzich
*Manager, Book Design/Production:* Michael Landis

**For Educational Purposes Only**

The materials presented in this text represent the opinions and views of the developers and reviewers. Although these materials may have been reviewed by members of the Appraisal Institute, the views and opinions expressed herein are not endorsed or approved by the Appraisal Institute as policy unless adopted by the Board of Directors pursuant to the Bylaws of the Appraisal Institute. While substantial care has been taken to provide accurate and current data and information, the Appraisal Institute does not warrant the accuracy or timeliness of the data and information contained herein. Further, any principles and conclusions presented in this publication are subject to court decisions and to local, state and federal laws and regulations and any revisions of such laws and regulations.

This book is sold for educational and informational purposes only with the understanding that the Appraisal Institute is not engaged in rendering legal, accounting or other professional advice or services. Nothing in these materials is to be construed as the offering of such advice or services. If expert advice or services are required, readers are responsible for obtaining such advice or services from appropriate professionals.

**Nondiscrimination Policy**

The Appraisal Institute advocates equal opportunity and nondiscrimination in the appraisal profession and conducts its activities in accordance with applicable federal, state, and local laws.

© 2013 by the Appraisal Institute, an Illinois not for profit corporation. All rights reserved. No part of this publication may be reproduced, modified, rewritten, or distributed, either electronically or by any other means, without the express written permission of the Appraisal Institute.

Printed in the United States of America

**Library of Congress Cataloging-in-Publication Data**

The appraisal of real estate. -- Fourteenth edition
pages cm
Includes bibliographical references and index.
ISBN 978-1-935328-38-4 (alk. paper)
1. Real property--Valuation. 2. Personal property--Valuation. I. Appraisal Institute (U.S.)
HD1387.A663 2013
333.33'2--dc23
2013006797

Copyrighted material licensed by Jennifer Nicole Pitts on November 4, 2018



# Table of Contents


Foreword ..... ix

Acknowledgments ..... xi

**PART I** Real Estate and Its Appraisal

**Chapter 1** Introduction to Appraisal ..... 1

**Chapter 2** Land, Real Estate, and Ownership of Real Property ..... 11

**Chapter 3** The Nature of Value ..... 19

**Chapter 4** The Valuation Process ..... 35

**PART II** Identification of the Problem

**Chapter 5** Elements of the Assignment ..... 49

**Chapter 6** Identifying the Type of Value and Its Definition ..... 57

**Chapter 7** Identifying the Rights to Be Appraised ..... 69

**PART III** Scope of Work Determination

**Chapter 8** Scope of Work ..... 87

**PART IV** Data Collection and Property Description

**Chapter 9** Data Collection....95

**Chapter 10** Economic Trends in Real Estate Markets and Capital Markets....129

**Chapter 11** Neighborhoods, Districts, and Market Areas....163

**Chapter 12** Land and Site Description....189

**Chapter 13** Building Description....219

**PART V** Data Analysis

**Chapter 14** Statistical Analysis in Appraisal....275

**Chapter 15** Market Analysis....299

**Chapter 16** Highest and Best Use Analysis....331

**PART VI** Land Value Opinion

**Chapter 17** Land and Site Valuation....359

**PART VII** Application of the Approaches to Value

**Chapter 18** The Sales Comparison Approach....377

**Chapter 19** Comparative Analysis....397

**Chapter 20** Applications of the Sales Comparison Approach....427

**Chapter 21** The Income Capitalization Approach....439

**Chapter 22** Income and Expense Analysis....463

**Chapter 23** Direct Capitalization....491

**Chapter 24** Yield Capitalization....509

**Chapter 25** Discounted Cash Flow Analysis and Investment Analysis....529

**Chapter 26** Applications of the Income Capitalization Approach....541

**Chapter 27** The Cost Approach....561

**Chapter 28** Building Cost Estimates....581

**Chapter 29** Depreciation Estimates....597

**PART VIII** Reconciliation of the Value Indications and Final Opinion of Value

**Chapter 30** Reconciling Value Indications....641

**PART IX** Report of Defined Value

**Chapter 31** The Appraisal Report....649

Copyrighted material licensed by Jennifer Nicole Pitts on November 4, 2018

**PART X** Appraisal Practice Specialties

**Chapter 32** Appraisal Review ....................671

**Chapter 33** Consulting ....................683

**Chapter 34** Valuation for Financial Reporting....................689

**Chapter 35** Valuation of Real Property with Related Personal Property or Intangible Property ....................703

**ADDENDA**

**Appendix A** Professional Practice and Law ....................717

**Appendix B** Regression Analysis and Statistical Applications....................733

**Appendix C** Financial Formulas....................753

Bibliography ....................797

Index ....................819

Copyrighted material licensed by Jennifer Nicole Pitts on November 4, 2018

cal conditions, extraordinary assumptions, and other requirements. These elements provide the framework for the assignment and allow the appraiser to identify the problem to be solved.

The second step is to determine the scope of work to solve the problem. Scope of work encompasses all aspects of the valuation process, including which approaches to value will be used; how much data is to be gathered, from what sources, from which geographic area, and over what time period; the extent of the data verification process; and the extent of property inspection, if any.

It is important that appraisers fully understand the importance of determining the scope of work. More information on scope of work can be found in the handbook *Scope of Work* published by the Appraisal Institute.

The scope of work decision is appropriate when it allows the appraiser to arrive at credible assignment results and is consistent with the expectations of similar clients and the work that would be performed by the appraiser's peers in a similar situation.

## Planning the Appraisal

To complete an assignment efficiently, each step in the valuation process should be planned and scheduled. Time and personnel requirements will vary with the amount and complexity of the work. Some assignments may be completed in a few days. For more complex appraisal problems, weeks or months may be spent gathering, analyzing, and applying all pertinent data.

Some assignments can be performed by a single appraiser, while others require the assistance of other staff members or appraisal specialists. Sometimes the assistance of specialists in other fields is needed. For example, in valuing a hotel property, the appraiser's findings may be augmented by the professional opinion of a personal property appraiser. Recognizing when work can or must be delegated improves efficiency and enhances accuracy, but appraisers should also be aware

### Scope Creep

The recently coined term *scope creep* generally refers to a shift in the focus or parameters of a given project or role, often resulting in more work at little or no additional compensation for the provider of the service. Examples include the increasing number of photographs required in many appraisal assignments and increasing institutional reporting requirements such as the recent implementation of the Market Conditions Addendum to the Appraisal Report (Form 1004MC) by Fannie Mae. Granted, digital cameras have made the chore of documenting a property with photographs less onerous than it used to be, but the client's increased expectation of how many photographs are necessary might not correlate with an increase in appraisal fees.

The best defense against scope creep within an assignment is a discussion of the client's expectations up front and a clear statement of the anticipated scope of work in the engagement letter or some other preliminary written agreement. For example, in some cases the client might assume that the appraiser would willingly testify at a property tax hearing for no additional compensation, reasoning that the testimony is simply reporting the conclusions of the appraisal to another intended user. It might be advisable for the appraiser and the client to reach an agreement up front that the appraisal will be performed for a set fee, and potential testimony at a hearing would entail a separate assignment with its own scope of work to be determined at the appropriate time if necessary.

See also Robin L. Phillips, "Scope Creep," *Valuation* (First Quarter 2011): 20-25.

Copyrighted material licensed by Jennifer Nicole Pitts on November 4, 2018

**Figure 11.1** Market Delineation Process

To identify a specific real estate market, an appraiser investigates the following factors:

1. Property type (e.g., single-unit residence, retail shopping center, office building).
2. Property features such as occupancy, customer base, quality of construction, and design and amenities.
   a. Occupancy—single-tenant or multitenant (residential, apartment, office, retail).
   b. Customer base—the most probable users. Data on population, employment, income, and activity patterns is analyzed. For residential markets, data is broken down according to the profile of the likely property owner or tenant. For commercial markets, data is segmented according to the likely users of the space. For retail markets, the clientele that the prospective tenants will draw represents the customer base. For office markets, the customer base reflects the space needs of prospective companies leasing office units.
   c. Quality of construction (class of building).
   d. Design and amenity features.
3. Market area—defined geographically or locationally. A market area may be local, regional, national, or international in scope. It may be urban, suburban, or rural. It may correspond to a district or neighborhood of a city. Retail and residential market areas are often delineated by specific time-distance relationships.
4. Available substitute properties—i.e., equally desirable properties competing with the subject in its market area, which may be local, regional, national, or international.
5. Complementary properties—i.e., other properties or property types that are complementary to the subject. The users of the subject property need to have access to complementary properties, which are also referred to as *support facilities*.

analysis of the retail and office property markets and fail to provide a thorough analysis of the apartment market. Another common error is failing to identify correctly whether the market for the property is local, regional, or national.

Specific real estate markets can be identified by property type, property features, market area, substitute properties, and complementary properties.

## Defining Geographical Boundaries

The boundaries of market areas, neighborhoods, and districts identify the areas that influence a subject property's value. These boundaries may coincide with observable changes in land use or demographic characteristics. Physical features such as structure types, street patterns, terrain, vegetation, and lot sizes help to identify land use districts. Transportation arteries (highways, major streets, and railroads), bodies of water (rivers, lakes, and streams), and changing elevation (hills, mountains, cliffs, and valleys) can also be significant boundaries.[1]

To identify the boundaries of a market area, an appraiser

1. Examines the subject property. The process of defining a market area's boundaries must start with an analysis of the subject property.
2. Examines the area's physical characteristics. The appraiser should drive or walk around the area to develop a sense of place, noting the degree of similarity in land uses, structure types, architectural

1. In defining a district, variations in the relevant characteristics of properties may indicate that more limited boundaries should be established. For example, consider an urban area where many high-rise apartment buildings are constructed along a natural lakeshore and separated from other land uses by major transportation arteries. In this type of district, there may be great variations in apartment prices, sizes, views, parking availability, proximity to public transportation, and building ages. These variations suggest limited district boundaries that must be identified to reveal market and submarket characteristics.

tion lifecycle" as of the date of value. The effect of contamination and environmental risk on property prices and values changes over time; it typically decreases as a site works its way through the discovery and investigation, remediation, and post-remediation stages. Contamination may also be mitigated by natural attenuation even in cases where no actual remediation efforts have been undertaken. Fourth, the appraiser must consider the cost, use, and risk effects as of the relevant date and point in that remediation lifecycle as they relate to the type of property (source, non-source, adjacent, or proximate sites). Fifth, and finally, the appraiser estimates the impaired ("as is") value. In most assignments the appraiser is also asked to compare the impaired value to the unimpaired value under the hypothetical condition that the contamination is not present.

The initial focus in the 1980s and 1990s was on techniques for appraising source sites, for example, contaminated or remediated former steel mills or manufacturing plants with on-site contamination and

### Specialized Methods and Techniques for Determining the Effects of Environmental Contamination on Prices and Values

Over the past 25 years, the appraisal profession has developed a set of recognized and generally accepted specialized techniques for estimating the effect of contamination and environmental risks on prices, markets, and values as discussed in the peer-reviewed appraisal literature and courses of the appraisal profession. All of these specialized methods are based on the three traditional approaches to value (sales comparison approach, income capitalization approach, and cost approach). These methods involve one or more of the following:

1. Paired data analysis of sales of impacted or potentially impacted properties
2. Analysis of environmental case studies
3. Multiple regression analysis of property sales in a potentially impacted area or in proximity to a source site
4. Adjustment of income and yield capitalization rates on income-producing properties to reflect environmental risk premiums estimated through market research

In paired data analysis, prices paid for properties that sold in an impacted area are compared to prices paid for otherwise similar properties that sold outside the impacted area in order to estimate the effect of the location on the sale price. Of course, no two properties are exactly alike, so market-supported adjustments may have to be made for differences between the properties other than location. More than one pairing is typically necessary to understand the effect of the location in the impacted area on the prices paid.

Environmental case studies are typically useful when a source site is being appraised or in a situation involving an impacted neighborhood or area where there are insufficient sales to understand the effect of the environmental issue on prices and values. Sales in another case study location involving a similar environmental situation are studied to estimate how the marketplace there responded to similar environmental issues. Typically that involves comparing sale prices in the impacted case study area to sale prices in a nearby similar, but unaffected, control area. The case study environmental situation is then compared to that of the impacted area using the relevant property characteristics identified in AO-9. Great care must be exercised when using paired data, case studies, and interviews because of the special conditions and characteristics of contaminated properties. Also, surveys need to be properly developed.

When properly specified and developed, a multiple regression model can be used to determine if the environmental situation is affecting sale prices. The model can be designed to interpret the effect of issues such as remediation status, location in a contaminated area, distance from a source site, and other factors. Of course, model specification must also include the nonenvironmental independent variable factors (e.g., site size, age of improvements, date of sale, zoning, school district) that influence sale prices. Having a database that includes a sufficient number of sales to make the outcome of the model statistically significant is

Copyrighted material licensed by Jennifer Nicole Pitts on November 4, 2018

actual or potential off-site migration due to surface water runoff, contaminated groundwater, or even windblown dust and vapor. Finding comparable sales of such source properties (sometimes called *brownfields*) was often difficult because many significantly contaminated source sites did not sell until investigation had been completed, parties legally responsible for remediation costs had been identified, remediation plans had been approved by environmental agencies, and cleanup costs had been determined with some degree of accuracy. Today, sales of source sites can be found and analyzed more readily. There may also be indemnification obligations by one or more parties.

In recent years, attention has turned to techniques for estimating the value of non-source, adjacent, and proximate sites. Sales of these types of properties can be found in large numbers by researching markets around sites involved in documented state or federal environmental investigations and approved remediation programs. These transactions will usually provide sufficient basis for valuing or analyzing a site that

especially important. If the regression modeling is done as part of a mass appraisal assignment, the regression modeling must comply with Standard 6 of USPAP.

Sale prices for income-producing properties can be studied to estimate if their direct capitalization or yield capitalization rates have been affected by the contamination investigation, remediation, or post-remediation circumstances, and any appropriate upward adjustment can be made to the unimpaired rate for the property being appraised.

Given the remediation lifecycle recognized by AO-9, gathering and analyzing market data that matches up well with the appraised property's remediation lifecycle stage on the date of value is critical because the effect of the contamination situation on prices and values can change as the investigation, remediation, and post-remediation monitoring move forward.

Paired data analysis, case studies, or market studies of capitalization and yield rates developed by others and found in published appraisal literature can be a useful starting point in such an analysis. However, relying on published articles as a basis for a value opinion is not a recognized appraisal technique in the absence of independent investigation and verification of the accuracy of the market data and conclusions.

Informal or formal surveys of buyers, sellers, lenders, brokers, appraisers, and others involved in actual sales of property affected by contamination and environmental risk may also provide useful information.

For further information, see the following references:

- Thomas O. Jackson, "Appraisal Standards and Contaminated Property Valuation," *The Appraisal Journal* (April 2003): 127-133.
- Thomas O. Jackson, "Methods and Techniques for Contaminated Property Valuation," *The Appraisal Journal* (October 2003): 311-320.
- Thomas Jackson and Randall Bell, "The Analysis of Environmental Case Studies," *The Appraisal Journal* (January 2002): 86-95.
- James Flynn, Donald G. MacGregor, Wayne Hunsperger, C.K. Mertz, and Stephen M. Johnson, "A Survey Approach for Demonstrating Stigma Effects in Property Value Litigation," *The Appraisal Journal* (Winter 2004): 35-44.
- Randall Bell, "Chapter 8: Environmental and Biomedical Conditions," in *Real Estate Damages: Applied Economics and Detrimental Conditions,* 2nd ed. (Chicago: Appraisal Institute, 2008): 147-181.
- Richard J. Roddewig, editor, *Valuing Contaminated Property: An Appraisal Institute Anthology* (Chicago: Appraisal Institute, 2002) and the forthcoming new volume of that publication.
- The seminar *Analyzing the Effects of Environmental Contamination on Real Property* (Chicago: Appraisal Institute, 2010).

may be affected by environmental contamination. The details of the sales transaction will require a great deal of confirmation.

There are well established and generally recognized and accepted analytical techniques and methods to determine how the cost, use, and risk factors referenced in AO-9 affect property prices, values, and markets. Appraisers must avoid substituting their judgment for that of the marketplace. All of the techniques require consideration of market data in arriving at the impaired values. Contamination does not always have an adverse effect on value. The influence of environmental impairment on real property must always be found in the marketplace.

## Special Characteristics of Rural, Agricultural, or Resource Land

Rural or agricultural resource lands have specific characteristics that appraisers should investigate to describe these properties adequately.

### Soil

Precise soil surveys that indicate the soils found on properties, appropriate crops, and expected production are often available (see Figure 12.11). These surveys are useful in comparing agricultural properties.

### Water Rights, Drainage, and Irrigation

The legal right to water is as important to the value of a property as the physical source of the water. Although water rights vary greatly through-

**Figure 12.11** Soil Survey Map




Detail of output from USDA Web Soil Survey map